UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIRAH A. BLACKMAN,<br><br>                              Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                              Defendant. | Case No. 1:25-cv-00916 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On February 4, 2025, the Court ordered the parties to either submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or a joint letter advising the Court that the parties do not consent to proceeding before a Magistrate Judge, within two weeks of the Court's Order.  Dkt. 10.

To date, the parties have not submitted any filing to the Court.  As a courtesy, the Court shall grant the parties an extension until February 26, 2025 to either file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or a joint letter indicating that the parties do not consent to a Magistrate Judge.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff's mailing address as listed on the docket.

Dated: February 20, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge