UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIRAH A. BLACKMAN,

      Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. 1:25-cv-00916 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

 On February 4, 2025, the Court ordered the parties to either submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or a joint letter advising the Court that the parties do not consent to proceeding before a Magistrate Judge, within two weeks of the Court's Order. Dkt. 10. On February 20, 2025, the Court granted the parties an extension until February 26, 2025 to file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or a joint letter.

 To date, the parties have not submitted any filing to the Court. The Court shall grant a final extension until March 7, 2025 for the parties to do so.

Dated: February 28, 2025
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge