UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIRAH A. BLACKMAN,<br><br>                       Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                       Defendant. | Case No. 1:25-cv-00916 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      On February 4, 2025, the Court ordered the parties to either submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or a joint letter advising the Court that the parties do not consent to proceeding before a Magistrate Judge, within two weeks of the Court's order. Dkt. 10. On February 20, 2025, the Court granted the parties an extension until February 26, 2025 to file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or a joint letter. On February 28, 2025, the Court advised the parties that it would grant a final extension until March 7, 2025 for the parties to do so. Dkt .13.

      Plaintiff shall indicate whether Plaintiff consents to proceeding with a magistrate judge by **March 17, 2025**. Absent a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or a joint letter, this case shall nonetheless proceed before a Magistrate Judge for a report and recommendation. *See, e.g.*, 28 U.S.C. § 636(b)(1)(B); *Alexander v. Priv. Protective Servs., Inc.*, No. 19-cv-10004 (JPO) (SDA), 2023 WL 2596913, at *1 (S.D.N.Y. Mar. 22, 2023) ("Consent of the parties is not required for referrals pursuant to 28 U.S.C. § 636(b)(1)(A), or § 636(b)(1)(B).").

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff's mailing address as listed on the docket.

Dated: March 10, 2025
       New York, New York

                                            SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge

Case 1:25-cv-00916-JLR-RWL   Document 15   Filed 03/10/25   Page 2 of 2