UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIRAH A. BLACKMAN,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. 1:25-cv-00916 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    In light of Plaintiff's *pro se* status, the Court shall grant Plaintiff an extension until **July 22, 2025** to notify the Court and the Commissioner of Social Security whether it consents to proceeding before a Magistrate Judge in this case.

    If Plaintiff does not consent to conducting all proceedings before the Magistrate Judge, the case will still proceed before the Magistrate Judge for a Report and Recommendation.

Dated: July 15, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge