UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMIRAH A. BLACKMAN,

                    Plaintiff,           25-CV-916 (JLR) (RWL)

        - against -

                                 **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 25, 2025, the Commissioner filed a motion to dismiss the complaint, or, in the alternative, requested that the motion be converted into one for summary judgment. The parties are advised that in an abundance of caution, the Court will treat the motion as one for summary judgment pursuant to Fed. R. Civ. P. 56. Plaintiff has received the requisite notice for pursuant to Local Rule 12.1 and the rules, both federal and local, governing a summary judgment motion. (*See* Dkts. 24-7 and 24-9.) Accordingly, the briefing schedule currently governing the parties' motion on the merits is revised as follows:

    1.    The Commissioner shall file the electronic record by **August 19, 2025**.

    2.    Plaintiff's opposition to the Commissioner's motion to dismiss shall be filed by **September 9, 2025**.

    3.    The Commissioner's reply, if any, shall be filed by **September 30, 2025**.

If the motion is denied, the Court will set a schedule for filing briefs on the merits.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 5, 2025
        New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Amirah A. Blackman
49 5th Street, Apt. 7
New Rochelle, New York 10801