UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMIRAH A. BLACKMAN,                             :
                                                :
                        Plaintiff,              :        25-CV-916 (JLR) (RWL)
                                                :
            - against -                         :
                                                :        **ORDER**
COMMISSIONER OF SOCIAL SECURITY,                :
                                                :
                        Defendant.              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 9, 2025, Plaintiff filed a notice of change of address to 41 Barker Street, Apt. 5J, White Plains, NY 10601.  The ECF-listed address contains a typo referring to "Baker" Street instead of "Barker" Street.  The ECF docket reflects that on December 8, 2025, the Court received returned mail addressed to "41 Baker St." (for Dkt. 33) based on insufficient address.  Accordingly:

1. The Clerk of Court is respectfully directed to correct the spelling of Barker St. on ECF;

2. The Clerk of Court is respectfully directed to mail to Plaintiff a copy of this order, as well as orders previously issued at Dkts. 32, 33, 35;

3. In light of the foregoing, Plaintiff's time to file her opposition to the motion to dismiss is extended *sua sponte* to **January 29, 2026**, and the Commissioner's reply, if any, shall be filed by **February 5, 2026**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: January 8, 2026
        New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Amirah A. Blackman
41 Barker St., Apt. 5J
White Plains, NY 10601