**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
AMIRAH BLACKMAN,

       Plaintiff,       25 **CIVIL** 0916 (JLR) (RWL)

  -against-           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
------------------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

set forth in the Court's Memorandum Opinion and Order dated April 20, 2026, the Court adopts

the Report and Recommendation of Magistrate Judge Lehrburger and grants the Defendant

summary judgment. Accordingly, judgment is entered for the Commissioner of Social Security

and this case is closed.

**Dated:** New York, New York

   April 21, 2026

            **TAMMI M. HELLWIG**
            _____
              **Clerk of Court**

      **BY:**

          _____
             **Deputy Clerk**